**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

MICHAEL PAUL FOUST, )
        Petitioner, )
         ) Civil Action No. 04-176 Erie
v. )
         )
SUPERINTENDENT BROOKS, et al., )
        Respondents. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on June 23, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 5], filed on July 6, 2006, recommended that Petitioner's Petition [Doc. No. 1] be dismissed and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. Petitioner filed objections on July 18, 2006 [Doc. No. 6]. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 24th day of July, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 5] of Magistrate Judge Baxter, filed on July 6, 2006, is adopted as the opinion of the Court.

                        s/   Sean J. McLaughlin
                           United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge